IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MELINDA J. JOHNSON                                                  PLAINTIFF

v.                        CIVIL NO. 07-5206

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                  DEFENDANT

## O R D E R

Now on this 23rd day of April 2008, comes on for consideration the Report and Recommendation dated April 1, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is adopted in its entirety.

Accordingly, the court hereby remands this case to the Commissioner for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

                                                          /s/Jimm Larry Hendren
                                                          HON. JIMM LARRY HENDREN
                                                          UNITED STATES DISTRICT JUDGE